IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN MITCHELL
TOMLINSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

CASE NO. 1D14-1813

v.

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed September 5, 2014.

An appeal from the Circuit Court for Santa Rosa County.
Kelvin C. Wells, Judge.

John Mitchell Tomlinson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.